UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE JOHNSON,<br><br>                    Plaintiff,<br><br>v.<br><br>LVNV FUNDING, et al.,<br><br>                    Defendants. | Case No.: 22cv748-LL-DDL<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

On July 26, 2022, the Court denied without prejudice Plaintiff's motion to proceed in forma pauperis ("IFP") for lack of particularity, definiteness, and certainty in the information provided. ECF No. 3. The Court ordered Plaintiff to either pay the filing fee or file a new motion to proceed IFP that provides with particularity, definiteness, and certainty the required information by August 26, 2022. *Id.* at 2. The Court warned that if the filing fee was not paid or a renewed motion to proceed IFP was not filed by August 26, 2022, the case would be dismissed without prejudice and the action terminated. *Id.* The August 26, 2022 deadline has passed, and Plaintiff has not filed anything since the

///
///
///
///

1

1  Court's July 26, 2022 order. There is also nothing on the docket indicating that Plaintiff
2  has paid the filing fee. Therefore, the Court **DISMISSES** the complaint without prejudice
3  and **DIRECTS** the Clerk of Court to close this case.
4      **IT IS SO ORDERED.**
5  Dated: September 19, 2022

                                     Honorable Linda Lopez
                                     United States District Judge